DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROY HOLMES,**
Appellant,

v.

**ANDREA HULBERT, CAROLEE WATSON** and **RUSSELL WATSON,**
Appellees.

No. 4D18-2879

[May 30, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 50-2017-CA-004480-XXXX-MB.

Mihaela Cabulea and Anthony J. Russo of Butler Weihmuller Katz Craig LLP, Tampa, for appellant.

Lynn G. Waxman of Lynn G. Waxman, P.A., Palm Beach Gardens; and Robert E. Gordon of Gordon & Partners, P.A., Palm Beach Gardens, for appellee Andrea Hulbert.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***